**EAST TENNESSEE NATURAL GAS COMPANY, Plaintiff–Appellee,**

v.

**John F. SAGE; Linda K. Sage, Defendants–Appellants, (CA–02–107–4)**

and

1.20 Acres In Wythe County, Virginia; Mary Casel, Commissioner of Revenue; John Doe, et al.; Unknown Owners, Defendants.

East Tennessee Natural Gas Company, Plaintiff–Appellee,

v.

Margaret Clanton, Defendant–Appellant, CA–02–114–4

and

.28 Acres In Henry County, Virginia; Lucy Clark, Commissioner of Revenue; John Doe, et al.; Unknown Owners, Defendants.

East Tennessee Natural Gas Company, Plaintiff–Appellee,

v.

Scott A. Fontaine; Lillie M. Fontaine, Defendants–Appellants, CA–02–120–4

and

2.09 Acres In Henry County, Virginia; Lucy Clark, Commissioner of Revenue; John Doe, et al.; Unknown Owners, Defendants.

East Tennessee Natural Gas Company, Plaintiff–Appellee,

v.

Alva Holland, Defendant–Appellant, CA–02–123–4

and

.54 Acres In Henry County, Virginia; Janet M. Holland; Lucy Clark, Commissioner of Revenue; John Doe, et al.; Unknown Owners, Defendants.

East Tennessee Natural Gas Company, Plaintiff–Appellee,

v.

Maynard R. Joyce, Defendant–Appellant, CA–02–125–4

and

2.26 Acres In Carroll County, Virginia; Jane A. Harrison, County Assessor; John Doe, et al.; Unknown Owners, Defendants.

East Tennessee Natural Gas Company, Plaintiff–Appellee,

v.

Ervin L. Frazier, Jr., Defendant–Appellant, CA–02–126–4

and

1.02 Acres In Carroll County, Virginia; Jane A. Harrison, County Assessor; John Doe, et al.; Unknown Owners, Defendants.

East Tennessee Natural Gas Company, Plaintiff–Appellee,

v.

Barbara G. Vass; Dossie G.V. Hall, a/k/a Dossie Shockley Vass, Defendants–Appellants, CA–02–128–4

and

1.59 Acres In Carroll County, Virginia; Jane A. Harrison, County Assessor; John Doe; Unknown Owners, Defendants.

East Tennessee Natural Gas Company,
Plaintiff–Appellee,

v.

Layton Russell Hancock; John Wendell
Hancock; Sonia Lucille Easter; Una
Faye Saunders; Wayne Dwight Han-
cock; Heirs Of Royal Early Hancock,
Defendants–Appellants,

and

2.57 Acres In Carroll County, Virginia;
John Doe, et al.; Unknown Owners;
Josephine H. Powers; Rudolph Han-
cock; Alene Sumner; James F. Han-
cock; Talford Clay Hancock; Thomas
Kenneth Hancock; Averette Early
Hancock; Jane A. Harrison, County
Assessor, Defendants.

East Tennessee Natural Gas Company,
Plaintiff–Appellee,

v.

H. Wade Baker; Lola W. Baker,
Defendants–Appellants,
(CA–02–132–4)

and

1.91 Acres In Carroll County, Virginia;
John Doe, et al.; Unknown Owners;
Jane A. Harrison, County Assessor,
Defendants.

East Tennessee Natural Gas Company,
Plaintiff–Appellee,

v.

Gregory L. Seibert, Defendant–
Appellant, (CA–02–133–4)

and

.45 Acres In Carroll County, Virginia;
Jane A. Harrison; John Doe, et al.;
Unknown Owners, Defendants.

East Tennessee Natural Gas Company,
Plaintiff–Appellee,

v.

Robin Marie Seibert; Gregory L.
Seibert, Defendants–Appellants,
(CA–02–134–4)

and

.61 Acres In Carroll County, Virginia;
Jane A. Harrison, County Assessor;
John Doe, et al.; Unknown Owners,
Defendants.

East Tennessee Natural Gas Company,
Plaintiff–Appellee,

v.

Helen E. Melton; Charlotte A. Ed-
wards, Defendants–Appellants,
(CA–02–135–4)

and

Jane A. Harrison, County Assessor;
John Doe, et al.; Unknown Owners;
4.76 Acres In Carroll County, Virginia,
Defendants.

East Tennessee Natural Gas Company,
Plaintiff–Appellee,

v.

Ralph D. Howell; Mabel Fulcher,
Defendants–Appellants, (CA–
02–138–4)

and

Rose C. Howell; John Doe, et al.; C.
Jerry Love, Commissioner of Revenue;
Unknown Owners; 3.18 Acres In Pat-
rick County, Virginia, Defendants.

East Tennessee Natural Gas Company,
Plaintiff–Appellee,

v.

Melvin A. Thomas, Defendant–
Appellant, (CA–02–140–4)

and

1.40 Acres In Patrick County, Virginia;
John Doe, et al.; C. Jerry Love, Commissioner of Revenue; Unknown
Owners, Defendants.

East Tennessee Natural Gas Company,
Plaintiff–Appellee,

v.

John M. Lewis; Cornelia A. Lewis,
Defendants–Appellants, (CA–
02–142–4)

and

C. Jerry Love, Commissioner of Revenue; John Doe, et al.; Unknown Owners; .37 Acres In Patrick County, Virginia, Defendants.

East Tennessee Natural Gas Company,
Plaintiff–Appellee,

v.

Earl R. Potter; Joan A. Potter,
Defendants–Appellants,
(CA–02–145–4)

and

C. Jerry Love, Commissioner of Revenue; John Doe, et al.; Unknown Owners; .60 Acres In Patrick County, Virginia, Defendants.

East Tennessee Natural Gas Company,
Plaintiff–Appellee,

v.

Jerry S. Thomas; Betty B. Thomas,
Defendants–Appellants, (CA–
02–146–4)

and

3.04 Acres In Patrick County, Virginia;
John Doe, et al.; Unknown Owners;
C. Jerry Love, Commissioner of Revenue, Defendants.

East Tennessee Natural Gas Company,
Plaintiff–Appellee,

v.

Nancy U. Stanley, Defendant–
Appellant, (CA–02–150–4)

and

3.62 Acres In Patrick County, Virginia;
C. Jerry Love, Commissioner of Revenue; John Doe, et al.; Unknown Owners, Defendants.

East Tennessee Natural Gas Company,
Plaintiff–Appellee,

v.

Otra Martin; Edna Lou Martin Smart;
Ellen M. Fulcher; Harvey Glenn Fulcher, Defendants–Appellants, (CA–02–
153–4)

and

3.81 Acres In Patrick County, Virginia;
C. Jerry Love, Commissioner of Revenue; John Doe, et al.; Unknown Owners, Defendants.

East Tennessee Natural Gas Company,
Plaintiff–Appellee,

v.

Robert E. Meadows; Marion C. Meadows, Defendants–Appellants, (CA–02–155–4)

and

.94 Acres In Patrick County, Virginia; C. Jerry Love, Commissioner of Revenue; John Doe, et al.; Unknown Owners, Defendants.

East Tennessee Natural Gas Company,
Plaintiff–Appellee,

v.

William Troy Strickland; Susan M. Strickland, Defendants–Appellants, (CA–02–160–4)

and

1.13 Acres In Patrick County, Virginia; C. Jerry Love, Commissioner of Revenue; John Doe, et al.; Unknown Owners, Defendants.

East Tennessee Natural Gas Company,
Plaintiff–Appellee,

v.

James A. Keesee; Joanne Richmond Keesee, Defendants–Appellants, (CA–02–168–4)

and

1.58 Acres In Patrick County, Virginia; C. Jerry Love, Commissioner of Revenue; John Doe, et al.; Unknown Owners, Defendants.

East Tennessee Natural Gas Company,
Plaintiff–Appellee,

v.

Thomas C. Williams, Jr.; Jeannie B. Williams, Defendants–Appellants, (CA–02–185–4)

and

3.27 Acres In Wythe County, Virginia; Mary Casel, Commissioner of Revenue; John Doe, et al.; Unknown Owners, Defendants.

East Tennessee Natural Gas Company,
Plaintiff–Appellee,

v.

Anissa J. Brady, a/k/a Anissa Holland, Defendant–Appellant, (CA–02–197–4)

and

.65 Acres In Carroll County, Virginia; Jane A. Harrison, County Assessor; John Doe, et al.; Unknown Owners, Defendants.

East Tennessee Natural Gas Company,
Plaintiff–Appellee,

v.

Charles K. Webb; Lena Webb, Defendants–Appellants, (CA–02–198–4)

and

.64 Acres In Carroll County, Virginia; Jane A. Harrison, County Assessor; John Doe, et al.; Unknown Owners, Defendants.

East Tennessee Natural Gas Company, Plaintiff–Appellee,

v.

Calvin Hugh Webb; Linvol Oscar Webb; Wendell Wayne Webb, Defendants–Appellants, (CA–02–202–4)

and

3.38 Acres In Carroll County, Virginia; John Doe, et al.; Jane A. Harrison, County Assessor; Unknown Owners, Defendants.

East Tennessee Natural Gas Company, Plaintiff–Appellee,

v.

Alva Jackson Horton; Heath Webb, Defendants–Appellants, (CA–02–203–4)

and

1.60 Acres In Carroll County, Virginia; Jane A. Harrison, County Assessor; John Doe, et al.; Unknown Owners, Defendants.

East Tennessee Natural Gas Company, Plaintiff–Appellee,

v.

George Lewis Webb; Edward Paul Webb; Roger Lee Webb; Joel Ray Webb, Defendants–Appellants, (CA–02–208–4)

and

.30 Acres In Carroll County, Virginia; Jane A. Harrison, County Assessor; John Doe, et al.; Unknown Owners, Defendants.

East Tennessee Natural Gas Company, Plaintiff–Appellee,

v.

Dorothea W. Bryant, Defendant–Appellant, (CA–02–211–4)

and

1.23 Acres In Carroll County, Virginia; Jane A. Harrison, County Assessor; John Doe, et al.; Unknown Owners, Defendants.

East Tennessee Natural Gas Company, Plaintiff–Appellee,

v.

Clyde Holland; Shirley Holland, Defendants–Appellants, (CA–02–212–4)

and

5.2 Acres In Henry County, Virginia; Lucy Clark, Commissioner of Revenue; John Doe, et al.; Unknown Owners, Defendants.

East Tennessee Natural Gas Company, Plaintiff–Appellee,

v.

L.J. Rector; Charis Jean Rector; Johnny J. Rector; Joe Rector, Defendants–Appellants, (CA–02–216–4)

and

3.98 Acres In Smyth County, Virginia; Richard Walker, Commissioner of Revenue; John Doe, et al.; Unknown Owners, Defendants.

East Tennessee Natural Gas Company,
Plaintiff–Appellee,

v.

Fred Tolley; Guida Tolley, Defendants–
Appellants, (CA–02–218–4)

and

4.0 Acres In Wythe County, Virginia;
Mary Casel, Commissioner of Reve-
nue; John Doe, et al.; Unknown Own-
ers, Defendants.

East Tennessee Natural Gas Company,
Plaintiff–Appellee,

v.

James Fogelsong; Glen Stuart Fo-
gelsong, Defendants–Appel-
lants, (CA–02–221–4)

and

2.64 Acres In Wythe County, Virginia;
Mary Casel, Commissioner of Reve-
nue; John Doe, et al.; Unknown Own-
ers, Defendants.

East Tennessee Natural Gas Company,
Plaintiff–Appellee,

v.

Weaver Enterprises, Incorporated,
Defendant–Appellant, (CA–
02–182–4)

and

11.42 Acres In Wythe County, Virginia;
Mary Casel, Commissioner of Reve-
nue; John Doe, et al.; Unknown Own-
ers, Defendants.

East Tennessee Natural Gas Company,
Plaintiff–Appellee,

v.

Ronnie Lynn Goforth; Susan D. Go-
forth; 3.51 Acres/Wythe County, (CA–
02–215–4) Defendants–Appellants,

and

Mary Casel, Commissioner of Revenue;
John Doe, et al.; Unknown
Owners, Defendants.

Nos. 03–1708 through 03–1741; 03–1797

United States Court of Appeals,
Fourth Circuit.

Filed: May 14, 2004.

On Petition for Rehearing and
Rehearing En Banc

Appellants filed petitions for rehearing
and rehearing en banc.

The Panel voted to deny rehearing.

A member of the Court requested a poll
on the petition for rehearing en banc. The
poll failed to produce a majority of the
judges in active service in favor of rehear-
ing en banc. Judge Widener voted to
rehear the case en banc, and Judges
Niemeyer, Luttig, Michael, Motz, Traxler,

Gregory, Shedd and Duncan voted against rehearing en banc. Chief Judge Wilkins and Judges Wilkinson, Williams and King are disqualified.

The Court denies the petition for rehearing and rehearing en banc. Entered at the direction of Judge Michael for the Court.